Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Plaintiff Cynthia Hopson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHEVRON USA INC., ET AL.,<br><br>    Defendants. | **2:13-CV-001210-JAM-EFB**<br><br>**STIPULATED DISMISSAL OF ENTIRE CASE WITH PREJUDICE; ORDER** |

   PLAINTIFF, CYNTHIA HOPSON, by and through counsel Russell S. Humphrey, and DEFENDANT, CHEVRON U.S.A. INC., by and through its counsel of record, Tara K. Clancy, hereby stipulate, agree and request, an order dismissing, with prejudice, the entire civil action. This stipulation is made pursuant to FRCP 41.

   The reason for the stipulation, agreement and request is made because the parties have settled this matter.

2:13-CV-01210-JAM-EFB
Stipulated Dismissal and Proposed Order        - 1 -

Dated: April 15, 2014

                              Humphrey Law Group

                              */s/ Russell S. Humphrey*
                              By: RUSSELL S. HUMPRHEY
                              Attorney for Plaintiff


                              */s/ Tara K. Clancy*
                              _____
                              By:  TARA K. CLANCY
                              Attorney for Defendant
                              CHEVRON U.S.A. INC.

**IT IS SO ORDERED.**

Dated: 4/14/2014

                      /s/ John A. Mendez_____
                      UNITED STATES DISTRICT COURT JUDGE